| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) SARIS, PATTI B | 2. Court or Organization U.S.D.C. MASSACHUSETTS | 3. Date of Report 5/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) DISTRICT COURT JUDGE (ACTIVE) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address J. J. MOAKLEY U.S. COURTHOUSE 1 COURTHOUSE WAY, SUITE 6130 BOSTON, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | OVERSEER | HARVARD UNIVERSITY, CAMBRIDGE, MA |
| 2. | DIRECTOR | YALE LAW SCHOOL, BOARD OF LEGAL AFFAIRS, INC., NEW HAVEN, CT |
| 3. | CO-TRUSTEE | TRUST #3 |
| 4. | CO-TRUSTEE | TRUST #4 |
| 5. | CO-TRUSTEE | TRUST #5 |
| 6. | TRUSTEE | TRUST #6 |
| 7. | TRUSTEE | TRUST #7 |
| 8. | TRUSTEE | TRUST #8 |
| 9. | TRUSTEE | TRUST #9 |
| 10. | CO-TRUSTEE | TRUST #13 |
| 11. | TRUSTEE | BOSTON MEDICAL CENTER (See Part VIII) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED May 14 12 40 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | HARVARD UNIVERSITY, CAMBRIDGE, MA |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | GEORGE WASHINGTON UNIVERSITY | Feb. 6 - Washington, DC, George Washington University Moot Court (transportation) |
| 2. | FEDERAL JUDICIAL CENTER - NYU | March 3 - New York, NY, NYU Workshop on Labor & Employment Law (lodging) |
| 3. | AMERICAN BAR ASSOCIATIOIN | April 2 -Washington, DC, Intellectual Property Law Confernce (lodging and transportation) |
| 4. | CASE WESTERN RESERVE UNIVERSITY | November 3 - Cleveland, OH, Case Western Reserve University Symposium (lodging and transportation) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   Realty Assoc Fund II Trust | H1 | Final Distn | | | | | | | |
| 2.   ADD Ventures Associates I (401(k)) | A | Distribution | | | | | | | |
| 3.   Mass St G/O RFDG Series, Municipal Bonds | E | Interest | O | T | | | | | |
| 4.   Mass. St Port Authority, Muni Bonds | E | Interst | M | T | Sell | 03/05 | N | | |
| 5. | | | | | Sell | 04/25 | N | | |
| 6. | | | | | Sell | 06/13 | K | | |
| 7. | | | | | Sell | 09/26 | N | | |
| 8.   Mass. St G/O Cons Ln Series, Muni Bonds | G | Interest | P1 | T | Buy | 02/07 | N | | |
| 9. | | | | | Sell | 03/05 | N | | |
| 10. | | | | | Sell | 03/12 | N | | |
| 11. | | | | | Sell | 03/25 | M | | |
| 12. | | | | | Sell | 09/26 | O | | |
| 13.   University Mass. Bldg, Municipal Bonds | E | Interest | L | T | Sell | 09/24 | N | | |
| 14.   Mass. Bay Trans Authority, Municipal Bonds | G | Interest | P1 | T | Sell | 03/12 | N | | |
| 15. | | | | | Sell | 09/19 | L | | |
| 16. | | | | | Sell | 03/19 | M | | |
| 17. | | | | | Sell | 03/25 | M | | |
| 18. | | | | | Sell | 10/28 | M | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | | | | | Buy | 12/29 | N | | |
| 20. Strips TNT, Public Security (IRA) | A | Interest | L | T | | | | | |
| 21. Boston Mass. Water & Sewer Comm'n, Municipal Bonds | D | Interest | M | T | Sell | 09/25 | M | | |
| 22. Mass. Health & Ed Fac., Municipal Bonds | F | Interest | P1 | T | Buy | 02/18 | N | | |
| 23. | | | | | Buy | 04/30 | N | | |
| 24. | | | | | Buy | 07/21 | L | | |
| 25. | | | | | Sell | 09/26 | O | | |
| 26. | | - | | | Sell | 12/29 | M | | |
| 27. Mass. St Convention Ctr Auth., Municipal Bonds | E | Interest | O | T | Buy | 02/06 | N | | |
| 28. Venture Investors Fund, LP | E | Distribution | L | W | | | | | |
| 29. MA St Cons Loan Series, Municipal Bonds | E | Interest | P1 | T | | | | | |
| 30. Fleet National Bank, Accounts | A | Interest | K | T | | | | | |
| 31. - Fleet National Bank, PCA Account | A | Dividend | M | T | | | | | |
| 32. Strong Government Sec. Fund, Mutual Fund | A | Dividend | J | T | | | | | |
| 33. TA Realty LLC (IPERS) | | None | | | | | | | |
| 34. Realty Assoc Fund III Tr | H1 | Distribution | P2 | W | | | | | |
| 35. MA St General Oblig Series, Municipal Bonds | E | Interest | O | T | Sell | 03/10 | N | | |
| 36. | | | | | Buy | 02/07 | M | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. | | | | | Buy | 07/02 | M | | |
| 38. | | | | | Sell | 09/24 | L | J | |
| 39. Mass State Housing Agency, Municipal Bonds | E | Interest | N | T | Sell | 03/19 | M | | |
| 40. | | | | | Sell | 03/25 | M | J | |
| 41. The Realty Assoc Fund III Corp | B | Dividend | J | W | | | | | |
| 42. Advent Real Estate Investment Corp (REIT) | A | Liq Dividend | | | | | | | |
| 43. Boston, MA Series, Municipal Bonds | D | Interest | M | T | | | | | |
| 44. Mass St Special Oblig., Municipal Bonds | E | Interest | M | T | Sell | 03/12 | M | | |
| 45. Southeastern, MA Bldg Auth., Municipal Bonds | D | Interest | M | T | | | | | |
| 46. North Andover, MA Bd., Municipal Bond | D | Interest | M | T | | | | | |
| 47. Brookline, MA Municipal Bond | D | Interest | M | T | Buy | 07/01 | M | | |
| 48. | | | | | Sell | 10/15 | M | | |
| 49. | | | | | Buy | 12/18 | M | | |
| 50. Watertown, MA Genl Oblig., Municipal Bond | D | Interest | M | T | | | | | |
| 51. Realty Assoc Fund IV Corp | B | Dividend | J | W | | | | | |
| 52. Realty Assoc Fund IV, LLC | G | Distribution | P2 | W | | | | | |
| 53. Tucker Anthony Private Equity Fund I, LP | F | Distribution | N | W | Cap Contrib | 02/19 | L | | |
| 54. ADD Venture Associates II (401(k)) | C | Distribution | K | W | | | | | ok |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,000-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Chatham, MA Municipal Bond | C | Interest | L | T | | | | | |
| 56. Martha's Vineyard, MA Municipal Bond | D | Interest | N | T | | | | | |
| 57. Mass St Tpk Auth. Municipal Bond | E | Interest | M | T | Buy | 01/03 | M | | |
| 58. | | | | | Sell | 10/15 | L | | |
| 59. | | | | | Sell | 10/28 | L | | |
| 60. Natick, MA Municipal Bond | D | Interest | M | T | Buy | 07/18 | L | | |
| 61. | | | | | Sell | 09/26 | L | J | |
| 62. Westfield, MA Municipal Bond | C | Interest | L | T | | | | | |
| 63. TA Rich LLC | | None | K | W | | | | | |
| 64. TA Converence LLC | | None | N | W | | | | | |
| 65. Trust #1 | H1 | Final Distn | | | | | | | |
| 66. - Federated Govt Oblig Fd , cash equivalent | | | | | close | 05/02 | M | | |
| 67. - Realty Associates Fund II Trust | | | | | Full Distn | 04/30 | P1 | | |
| 68. - MM Oblgn Tr Tax Free, cash equivalent | | | | | Distribute | 04/30 | K | | |
| 69. - Mass GO Rfdg Bonds Municipal Bond | | | | | Buy | 01/09 | N | | |
| 70. | | | | | Receipt | 03/24 | N | | |
| 71. | | | | | Full Distr | 04/30 | O | | |
| 72. - MA St GO Cons Loan Municipal Bond | | | | | Buy | 01/15 | N | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100.001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100.000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500.001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25.000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. | | | | | Receipt | 03/24 | N | | |
| 74. | | | | | Full Distr | 04/30 | O | | |
| 75.  - MA St Port Auth Rev Municipal Bond | | | | | Receipt | 03/24 | L | | |
| 76. | | | | | Full Distr | 04/30 | M | | |
| 77.  - MA St Spl Oblig Rev Municipal Bond | | | | | Receipt | 03/24 | L | | |
| 78. | | | | | Full Distr | 04/30 | M | | |
| 79.  - MA St Wtr Poll Municipal Bond | | | | | Buy | 01/07 | M | | |
| 80. | | - | | | Receipt | 03/24 | M | | |
| 81. | | | | | Full Distr | 04/30 | N | | |
| 82.  - Northhampton, MA Unltd Tax GO RO Municipal Bd | | | | | Full Distr | 04/30 | L | | |
| 83.  - Westford, MA Ltd Tax GO Municipal Bond | | | | | Full Distr | 04/30 | L | | |
| 84.  - Mashpee, MA Gen Oblig Municipal Bond (new) | | | | | Buy | 01/02 | L | | |
| 85. | | | | | Full Distr | 04/30 | L | | |
| 86.  - MA Bay Trans Auth Municipal Bond (new) | | | | | Buy | 01/09 | L | | |
| 87. | | | | | Full Distr | 04/30 | L | | |
| 88.  - MA St Hsg Fin Agy Municipal Bond (new) | | | | | Buy | 02/11 | K | | |
| 89. | | | | | Receipt | 03/24 | K | | , |
| 90. | | | | | Full Distr | 04/30 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. - Orleans, MA Genl Oblig Municipal Bond (new) | | | | | Buy | 01/09 | L | | |
| 92. | | | | | Full Distr | 04/30 | L | | |
| 93. - Weston, MA Genl Oblig Municipal Bond (new) | | | | | Buy | 01/09 | L | | |
| 94. | | | | | Full Distr | 04/30 | L | | |
| 95. Trust #2 | H1 | Distribution | P2 | W | | | | | |
| 96. - Federated Govt Oblig Fd, cash equivalent | | | | | | | | | |
| 97. - Realty Associates Fund III Trust | | | | | | | | | |
| 98. - MM Oblig Trust Tax Free, cash equivalent | | - | | | | | | | |
| 99. - Mass GO RFDG Bds Municipal Bond | | | | | Buy | 01/13 | N | | |
| 100. | | | | | Full Distr | 03/24 | N | | |
| 101. - MA St Port Auth Rev Municipal Bond | | | | | Full Distr | 03/24 | L | | |
| 102. - MA St Spl Oblig Rev Municipal Bond | | | | | Full Distr | 03/24 | L | | |
| 103. - Northhampton, MA Unltd Tax GO Municipal Bond | | | | | | | | | |
| 104. - Westford, MA Ltd Tax GO Municipal Bond | | | | | | | | | |
| 105. - Chelmsford MA GO Municipal Bond (new) | | | | | Buy | 09/09 | K | | |
| 106. - Mashpee, MA Mun GO Municipal Bond (new) | | | | | Buy | 01/02 | L | | |
| 107. - Mass Bay Trans Auth Municipal Bond (new) | | | | | Buy | 01/09 | L | | |
| 108. - MA St Cons Ln GO Municipal Bond (new) | | | | | Buy | 01/15 | N | | |

1. Income/Gain Codes:     A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:            J = $15,000 or less     K = $15,001-$50,000    L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                         P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal           R = Cost (Real Estate Only)   S = Assessment         T = Cash/Market
   (See Column C2)          U = Book Value          V = Other                W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. | | | | | Full Distr | 03/24 | N | | |
| 110.   - MA St Hsg Fin Agy Municipal Bond (new) | | | | | Buy | 02/11 | L | | |
| 111. | | | | | Partl Distr | 03/24 | K | | |
| 112.   - MA St Wtr Pollutn Municipal Bond (new) | | | | | Buy | 01/07 | M | | |
| 113. | | | | | Full Distr | 03/24 | M | | |
| 114.   - Orleans MA Genl Oblig Municipal Bond (new) | | | | | Buy | 01/09 | L | | |
| 115.   - Weston, MA Genl Oblig Municipal Bond (new) | | | | | Buy | 01/09 | L | | |
| 116.   - Common Sense Partners, L.P. (new) | | - | | | Buy | 03/26 | O | | |
| 117. Realty Associates Fund V, LLC | | None | P1 | W | | | | | |
| 118. NSR, LLC | E | Distribution | N | W | | | | | |
| 119. Tucker Anthony Private Equity Fund II | E | Distribution | M | W | Cap Contrib | 02/19 | L | | |
| 120. Boston, MA Hsg Dev Corp Municipal Bonds | D | Interest | M | T | | | | | |
| 121. Mass. St G/O Fed Hwy Series Municipal Bonds | E | Interest | P1 | T | Sell | 03/12 | N | J | |
| 122. Plymouth County, MA Corr Facs. Municipal Bond | B | Interest | | | Sell All | 09/24 | L | | |
| 123. Springfield, MA G/O Municipal Purpose Fond | D | Interest | N | T | | | | | |
| 124. Mass. St Water Res. Municipal Fonds | F | Interest | N | T | Sell | 03/10 | M | | |
| 125. | | | | | Call | 03/03 | O | | |
| 126. Framingham, MA Hs Authority Municipal Bond | D | Interest | | | Sell All | 09/26 | M | J | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100.001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. Greenfield, MA G/O Municipal Bond | D | Interest | | | Sell All | 09/26 | N | | |
| 128. Mass. Dev Finance Agy Municipal Bonds | D | Interest | | | Sell All | 09/26 | M | | |
| 129. Mass. In'l Fin Agy Municipal Bonds | E | Interest | O | T | Buy | 01/26 | M | | - |
| 130. | | | | | Buy | 04/28 | N | | |
| 131. | | | | | Sell | 10/28 | L | J | |
| 132. Randolph, MA Genl Oblig Municipal Bonds | D | Interest | M | T | | | | | |
| 133. Route 3 North Trans Impt Assoc, MA Municipal Bond | D | Interest | | | Sell All | 09/24 | N | | |
| 134. Tucker Anthony Private Equity Fund III | D | Distribution | M | W | Cap Contrib | 02/19 | L | | |
| 135. Tucker Anthony Private Equity Technology LP | | None | M | W | Cap Contrib | 02/19 | K | | |
| 136. Trust #5 | G | Dividend | P2 | T | | | | | |
| 137. - Federated Govt Oblig Fd money market (cash equiv.) | | | | | | | | | |
| 138. - Clipper Fund Inc. Mutual Fund | | | | | Buy | 02/19 | K | | |
| 139. - Dodge & Cox Income Fd Mututal Fund | | | | | Buy | 01/10 | J | | |
| 140. - GMO Intl Instrinsic Val Fd Cl II Mutual Fund | | | | | Buy | 02/19 | J | | |
| 141. - Longleaf Partners Fd Mutual Fund | | | | | Buy | 02/19 | J | | |
| 142. - Vanguard 500 Index Fd Admiral Mutual Fund | | | | | Buy | 02/19 | J | | |
| 143. - Common Sense Partners LP | | | | | | | | | |
| 144. - Baupost Value Partners LP I | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. - Kensico Offshore Fd Ltd LP (new) | | | | | Buy | 03/26 | O | | |
| 146. - Seix High Yld Fd Cl I mututal fund (new) | | | | | Buy | 03/28 | N | | |
| 147. Trust #6 | E | Interest | N | T | | | | | |
| 148. - Walt Disney Holdings Co., common stock | | | | | | | | | |
| 149. - MA Convention Center Auth Municipal Fonds | | | | | Maturity | 09/02 | K | | |
| 150. - MA Commonwealth GO Cons Loan Municipal Fond | | | | | Maturity | 07/01 | K | | |
| 151. - Mass. St. Zero Cpn Con Ln - Municipal Bond | | | | | | | | | |
| 152. - MA St Genl Oblig Muni Bond | | - | | | | | | | |
| 153. - MA St Genl Oblig 'RFDG' Muni Bond | | | | | | | | | |
| 154. - MA St Tpk Auth Met Hwy System Municipal Bond | | . | | | Buy | 06/20 | K | | |
| 155. | | | | | Buy | 08/27 | K | | |
| 156. - MA St Wtr Res Auth Municiapl Bond | | | | | | | | | |
| 157. - CTS MA Muni Money Fund Cash Equivalent | | | | | | | | | |
| 158. - MA St Grant Antic Nts Municipal Bond (new) | | | | | Buy | 01/02 | J | | |
| 159. - MA St College Bldg Auth Municipal Bond (new) | | | | | Buy | 06/18 | K | | |
| 160. Trust #7 | E | Interest | N | T | | | | | |
| 161. - Walt Disney Holdings Co., common stock | | | | | Sell All | 06/25 | J | | . |
| 162. - MA Convention Center Auth Municipal Bonds | | | | | Maturity | 09/02 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. - MA St Genl Oblig RFDG Municipal Bonds | | | | | | | | | |
| 164. - MA Commonwealth GO Cons. Loan, Municipal Bond | | | | | Maturity | 07/01 | L | | |
| 165. - MA St. Genl Oblig. Municipal Bonds | | | | | | | | | |
| 166. - MA St Tpk Auth Met Hwy System Municipal Bond | | | | | Buy | 06/20 | K | | |
| 167. | | | | | Buy | 08/27 | K | | |
| 168. - MA St Cap Apprec Muni Bond | | | | | | | | | |
| 169. - MA St Water Res Auth Municipal Bond | | | | | | | | | |
| 170. - Mass St. Zero Cpn Con Ln - Municipal Bond | | - | | | | | | | |
| 171. - CTS MA Muni Money Fd Cash Equivalent | | | | | | | | | |
| 172. - MA St Grant Antic Nts Municipal Bond (new) | | | | | Buy | 01/02 | K | | |
| 173. - MA St College Bldg Auth Municipal Bond (new) | | | | | Buy | 06/18 | K | | |
| 174. Trust #8 | E | Interest | N | T | | | | | |
| 175. - Walt Disney Holdings Co., common stock | | | | | | | | | |
| 176. - MA Convention Center Auth Municipal Bonds | | | | | Maturity | 09/02 | K | | |
| 177. - MA St Genl Oblig RFDG Municipal Bond | | | | | | | | | |
| 178. - MA Commonwealth G/O Cons Ln Municipal Bonds | | | | | Maturity | 07/01 | L | | |
| 179. - MA St General Oblig Municipal Bonds | | | | | | | | | . |
| 180. - MA St Tpk Auth Met Hwy System Municipal Bonds | | | | | Buy | 06/20 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | **If not exempt from disclosure** | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 181. | | | | | Buy | 08/12 | K | | |
| 182. - MA St Cap Apprec Municipal Bond | | | | | | | | | |
| 183. - MA St Water Res Auth Municipal Bonds | | | | | | | | | |
| 184. - Mass St Zero Cpn Cons Ln Municipal Bond | | | | | | | | | |
| 185. - CTS MA Muni Money Fd Cash Equivalent | | | | | | | | | |
| 186. - MA St Grant Antic Nts Municipal Bond (new) | | | | | Buy | 01/02 | K | | |
| 187. - MA St College Bldg Auth Municipal Bond (new) | | | | | Buy | 06/18 | K | | |
| 188. Trust #9 | E | Interest | N | T | | | | | |
| 189. - MA Convention Center Auth Municipal Bonds | | | | | Maturity | 09/02 | K | | |
| 190. - MA St Genl Oblig RFDG Municipal Bonds | | | | | | | | | |
| 191. - MA Commonwealth G/O Cons Ln Municipal Bonds | | | | | | | | | |
| 192. - MA St Genl Oblig Municipal Bonds | | | | | | | | | |
| 193. - MA St Tpk Auth Met Hwy System Municipal Bnds | | | | | Buy | 08/27 | K | | |
| 194. - MA St Water Res Auth Municipal Bond | | | | | | | | | |
| 195. - Mass St. Cap Apprec. Municipal Bond | | | | | | | | | |
| 196. - CTS MA Muni Money Fd Cash Equivalent | | | | | | | · | | · |
| 197. - MA St Grant Antic Nts Municipal Bond (new) | | | | | Buy | 01/02 | J | | · |
| 198. Trust #10 | | None | M | W | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | |

| | | | |
|---|---|---|---|
| Name of Person Reporting | | | Date of Report |
| SARIS, PATTI B | | | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199.  - The New England, life insurance | | | | | Sec1035Exchg | 07/13 | M | | |
| 200.  - Travelers Life & Annty Ins Co, universal life (new) | | | | | Recpt/Exchg | 07/13 | | | |
| 201.  Trust #11 | A | Dividend | P1 | W | | | | | |
| 202.  - John Hancock Finl Svcs, common stock | | | | | | | | | |
| 203.  - John Hancock Variable ife Insurance | | | | | Sec1035Exchg | 07/13 | N | | |
| 204.  - John Hancock, whole life insurance | | | | | Sec1035Exchg | 07/13 | N | | |
| 205.  - Met Life, whole life insurance | | | | | Sec1035Exchg | 07/13 | N | | |
| 206.  - NY Life Ins. Co., whole life insurance | | - | | | Sec1035Exchg | 07/13 | N | | |
| 207.  - Sun Life Assurance, universal life insurance (new) | | | | | Recpt/Exchg | 07/13 | O | | |
| 208.  - Manufacturers Life Ins, universal life insurance (new) | | | | | Recpt/Exchg | 07/13 | O | | |
| 209.  Trust #12 | G | Distribution | P1 | W | | | | | |
| 210.  - Realty Associates Fund IV LLC | | . | | | | | | | |
| 211.  - Federated Govt Oblg money market cash equivalents | | | | | | | | | |
| 212.  Trust #13 | | None | K | W | | | | | |
| 213.  - SBLI, life insurance (cash value) | | | | | | | | | |
| 214.  UBS Bank (Canada) - Financial Institution | E | Interest | P1 | T | | | | | |
| 215.  UBS AG, Financial Institution | G | Interest | P2 | T | Partl Rdmptn | 07/07 | O | | . |
| 216. | | | | | Partl Rdmptn | 08/26 | O | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = SMore than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   ... U = ...  V = Other  W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. Cape Communications, LLC | | None | J | W | | | | | |
| 218. Cape Communications Promissory Note | | None | K | T | | | | | |
| 219. Federated Govt Obligation Fd money market (cash equivalent) | E | Dividend | P1 | T | | | | | |
| 220. U.S. Treasury Notes - gov't obligations | E | Interest | N | T | Sell | 01/07 | O | K | |
| 221. European Investment Bank Ser - corporate bonds | E | Interest | O | T | | | | | |
| 222. Dover, MA Genral Oblig Municipal Bond | D | Interest | | | Sell All | 09/24 | M | | |
| 223. MA Water Pollution Municipal Bonds | F | Interest | O | T | Buy | 02/20 | M | | |
| 224. | | - | | | Sell | 03/19 | L | | |
| 225. | | | | | Sell | 03/25 | N | J | |
| 226. | | | | | Sell | 09/24 | N | J | |
| 227. | | | | | Sell | 09/26 | M | | |
| 228. | | | | | Sell | 12/29 | M | J | |
| 229. Norwell, MA General Oblig Municipal Bonds | D | Interest | | | Sell All | 09/24 | M | | |
| 230. Weston, MA Gen'l Oblig Municipal Bonds | D | Interest | | | Sell All | 03/25 | M | | |
| 231. Bolton, MA Gen'l Oblig Municipal Bond | D | Interest | | | Sell All | 09/24 | M | | |
| 232. Methuen, MA Gen'l Oblig Municipal Bd (formerly Newton= typo) | D | Interest | M | T | | | | | |
| 233. TA Realty LLC - Deferred pymt Obligation | G | Interest | P1 | T | | | | | |
| 234. Vanguard 500 Index Fund Admiral - Mutual Fund | D | Dividend | P1 | T | Buy | 02/19 | M | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | Name of Person Reporting | | Date of Report |
|---|---|---|---|---|
| | | SARIS, PATTI B | | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 235. | | | | | Buy | 10/01 | N | | |
| 236. Tucker Anthony Private Equity Fund IV | D | Distribution | M | W | Cap Contrib | 02/19 | K | | |
| 237. IRA Rollover | | | | | | | | | |
| 238. - Federal Home Ln Bk - govt oblig bonds | D | Interest | M | T | Maturity | 07/28 | K | | |
| 239. - Federated Govt Oblig money market fd cash equivalent | C | Dividend | N | T | | | | | |
| 240. Clipper Fund Inc, Mutual Fund | | None | P1 | T | Buy | 02/19 | M | | |
| 241. | | | | | Buy | 10/01 | N | | |
| 242. Europac Growth Fd Mutual Fund | D | Dividend | O | T | Buy | 02/19 | M | | |
| 243. | | | | | Buy | 10/01 | M | | |
| 244. First Eagle Sogen Gold Fd Mutual Fund | F | Dividend | P1 | T | | | | | |
| 245. GMO Tax Managed Intl Eq III Mutual fund | E | Dividend | O | T | Buy | 02/19 | M | | |
| 246. | | | | | Buy | 10/01 | M | | |
| 247. Longleaf Partners Fund Mututal Fund | | None | P1 | T | Buy | 02/19 | M | | |
| 248. | | | | | Buy | 10/01 | N | | |
| 249. MSIF Inc Intl Small Cap Cl A mutual fund | A | Dividend | O | T | Buy | 02/19 | M | | |
| 250. | | | | | Buy | 10/01 | M | | |
| 251. Battery Ventures VI L.P. | C | Distribution | M | W | Cap Contrib | 01/31 | J | | |
| 252. | | | | | Cap Contrib | 07/28 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell. merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 253. Brookside Cap Partners Fd L.P. | | None | P1 | W | | | | | |
| 254. Common Sense Partners L.P. | | None | P1 | W | | | | | |
| 255. Friends of Lime Rock II L.P. | C | Distribution | N | W | Cap Contrib | 02/26 | L | | |
| 256. | | | | | Cap Contrib | 03/06 | K | | |
| 257. | | | | | Cap Contrib | 06/26 | J | | |
| 258. | | | | | Cap Contrib | 05/06 | K | | |
| 259. | | | | | Cap Contrib | 08/21 | K | | |
| 260. | | - | | | Cap Contrib | 09/25 | K | | |
| 261. | | | | | Cap Contrib | 10/02 | J | | |
| 262. | | | | | Cap Contrib | 12/29 | L | | |
| 263. MW Special Situations L.P. | | None | P1 | W | | | | | |
| 264. Park St Capl Natural Res Fd L.P. | | None | L | W | Cap Contrib | 12/29 | K | | |
| 265. Patron Capital L.P. I | | None | O | W | Cap Contrib | 03/28 | M | | |
| 266. | | | | | Cap Contrib | 04/22 | K | | |
| 267. | | | | | Cap Contrib | 08/27 | J | | |
| 268. Perry Partners L.P. | | None | P1 | W | | | | | |
| 269. US Fidenza LLC | | None | K | W | | | | | |
| 270. US Wertheim LLC | | None | M | W | | | | | |

| 1. Income/Gain Codes: | A - $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. Baupost Value Partners LP II | | None | P2 | W | | | | | |
| 272. Forester Partners L.P. | A | Interest | P1 | W | Cap Contrib | 03/21 | N | | |
| 273. Ohio St Mental Hlth Cap Facs Municipal Bonds | D | Interest | | | Sell All | 03/07 | O | K | |
| 274. University Tex Univ Revs Ref Municipal Bonds | E | Interest | O | T | | | | | |
| 275. Killeen Tex Indpt Sch Dist Ref | E | Interest | | | Sell All | 03/19 | O | J | |
| 276. New York St Dorm Auth Rev Municipal Bonds | E | Interest | | | Sell All | 05/07 | O | | |
| 277. Austin, Tex Wtr & Wastewater Sys Municipal Bonds | E | Interest | N | T | Sell | 10/16 | M | J | |
| 278. Mesa, Ariz Str & Hwy Rev Municipal Bonds | E | Interest | | | Sell | 11/06 | O | | |
| 279. Roseville, CA Jt Un High Sch Dist Municipal Bonds | D | Interest | | | Sell All | 10/24 | O | | |
| 280. Westborough, MA Ref Municipal Bonds | D | Interest | N | T | | | | | |
| 281. Boston, MA Municipal Bond | D | Interest | N | T | | | | | |
| 282. Boston, MA Spl Oblig Municipal Bond | D | Interest | | | Sell All | 03/25 | N | J | |
| 283. CA Infrastructure & Economic Dev Bk Municipal Bonds | D | Interest | | | Sell All | 01/06 | O | K | |
| 284. Capistrano, CA Uni Sch Dist Municipal Bonds | E | Interest | | | Sell All | 03/28 | O | K | |
| 285. Eugene, OR Elec Util Rev Municipal Bonds | E | Interest | | | Sell All | 09/25 | O | K | |
| 286. IL St Ref Municipal Bonds | E | Interest | | | Sell All | 08/27 | O | K | |
| 287. MA St Municipal Bond | E | Interest | N | T | | | | | |
| 288. Metropolitan Trans Auth NY Svc Municipal Bonds | E | Interest | | | Sell All | 04/23 | O | K | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. Nashua, NH Municipal Bonds | D | Interest | | | Sell All | 01/21 | O | J | |
| 290. New York, NY City Transitional Fin Auth Municipal Bds | E | Interest | | | Sell All | 08/27 | O | K | |
| 291. New York, NY Ref Ser A Municipal Bonds | E | Interest | | | Sell All | 02/26 | O | J | |
| 292. NC State Pub Impt Series A Municipal Bonds | D | Interest | | | Sell All | 02/11 | O | K | |
| 293. Ottawa Cnty, MI Ref Municipal Bonds | E | Interest | | | Sell All | 10/14 | O | J | |
| 294. Philadelphia, PA Wtr & Wastewtr Rev Muni Bds | C | Interest | | | Sell All | 01/31 | O | K | |
| 295. Regional Trans Auth, IL Ser B Municipal Bds | E | Interest | | | Sell All | 12/22 | O | K | |
| 296. Texas St Tax & Rev Municipal Bonds | E | Interest | | | Sell All | 04/07 | O | | |
| 297. Utah St Bldg Ownership Auth Municipal Bonds | E | Interest | O | T | | | | | |
| 298. Clark Cnty, NV Sch Dist Bldg Municipal Bond | D | Interest | N | T | | | | | |
| 299. CA State Rev Antic Nts Municipal Bond | D | Interest | | | Sell All | 06/20 | N | | |
| 300. University Arizona Ctfs Partn Municipal Bond | D | Interest | | | Sell All | 03/28 | N | J | |
| 301. New York State Urban Dev Municipal Bond | D | Interest | | | Sell All | 06/05 | N | K | |
| 302. MFB Northern Trust Co Funds Muni MM cash equiv. | D | Dividend | K | T | | | | | |
| 303. CA St Dept Wtr Res Wtr Rev Municipal Bond (new) | B | Interest | | | Buy | 08/07 | O | | |
| 304. | | | | | Sell all | 08/27 | O | K | |
| 305. AL St Fed & Hwy Municipal Bond (new) | | None | N | T | Buy | 10/28 | N | | |
| 306. El Rancho CA Univ Sch Dist Municipal Bond (new) | | None | N | T | Buy | 12/17 | N | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SARIS, PATTI B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy. sell. merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. Fort Worth TX Wtr & Swr Municipal Bond (new) | | None | O | T | Buy | 11/10 | O | | |
| 308. IL St Sales Tax Rev Municipal Bond (new) | B | Interest | N | T | Buy | 11/13 | N | | |
| 309. Jeffsn Cnty AL Swr Rev Municipal Bond (new) | | None | O | T | Buy | 10/24 | O | | |
| 310. King Cnty WA Swr Rev Municipal Bond (new) | D | Interest | | | Buy | 04/11 | O | | |
| 311. | | | | | Sell All | 10/21 | O | J | |
| 312. L A CA Univ Sch Dist Municipal Bond (new) | D | Interest | N | T | Buy | 02/21 | N | | |
| 313. | | | | | Buy | 10/24 | N | | |
| 314. | | - | | | Sell | 10/02 | N | J | |
| 315. L A CA Wastewtr Sys Municipal Bond (new) | | None | N | T | Buy | 12/17 | N | | |
| 316. Lexington MA Bd Antic NTs Municipal Bond (new) | C | Interest | N | T | Buy | 02/13 | N | | |
| 317. Maricopa Cnty AZ Sch Dist Municipal Bond (new) | B | Interest | | | Buy | 09/28 | N | | |
| 318. | | | | | Sell All | 12/02 | N | | |
| 319. MA St CG Bldg Auth Proj Mounicipal Bond (new) | C | Interest | | | Buy | 02/25 | N | | |
| 320. | | | | | Sell All | 06/24 | N | K | |
| 321. Mesa, AZ Municipal Bond (new) | D | Interest | | | Buy | 03/04 | N | | |
| 322. | | | | | Sell All | 09/24 | N | | |
| 323. NB Pub Dist Municipal Bond (new) | D | Interest | N | T | Buy | 02/19 | N | | |
| 324. NJ St Trans Tr Fd Auth Municipal Bond (new) | D | Interest | N | T | Buy | 05/19 | N | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
    V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 325. Northn AZ Univ Revs Municipal Bond (new) | | None | N | T | Buy | 11/14 | N | | |
| 326. Phoenix AZ Civic Impt Municipal Bond (new) | C | Interest | N | T | Buy | 02/21 | N | | |
| 327. P R Hsg Fin Auth US Treasury Bond (new) | | None | N | T | Buy | 12/18 | N | | |
| 328. Richardson TX Indpt Sch Dist Municipal Bond (new) | B | Interest | | | Buy | 08/28 | O | | |
| 329. | | | | | Sell All | 09/25 | O | J | |
| 330. Salt Riv Proj AZ Agric Municipal Bond (new) | | None | O | T | Buy | 10/21 | N | | |
| 331. | | | | | Buy | 12/05 | N | | |
| 332. Santa Clara Cnty CA Fina Auth Municipal Bond (new) | J | Interest | | | Buy | 02/21 | O | | |
| 333. | | | | | Sell All | 03/19 | O | J | |
| 334. Solano Cnty CA comnty CG Dist Municipal Bond (new) | C | Interest | | | Buy | 06/02 | O | | |
| 335. | | | | | Sell All | 09/24 | O | | |
| 336. Univ CA Rev Municipal Bond (new) | C | Interest | | | Buy | 05/06 | O | | |
| 337. | | | | | Sell All | 07/30 | O | | |
| 338. Walnut Vy CA Univ Sch Dist Municipal Bond (new) | C | Interest | | | Buy | 08/07 | N | | |
| 339. | | | | | Sell All | 10/21 | N | J | |
| 340. Washoe Cnty NV Municipal Bond (new) | B | Interest | | | Buy | 02/21 | N | | |
| 341. | | | | | Sell All | 08/27 | N | | |
| 342. Trust #14 (new) | E | Interest | O | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| | U = Book Value | V = Other | W = Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 343. - Realty Assoc Fund II Trust (new) | | | | | Receipt | 4/30 | M | | |
| 344. | | | | | Liq Distrib | 5/16 | M | | |
| 345. | | | | | Final Distri | 10/10 | L | | |
| 346. - MA Bay Trans Auth Municipal Bond (new) | | | | | Receipt | 04/30 | K | | |
| 347. - MA St Hsg Fin Agy Municipal Bond (new) | | | | | Receipt | 04/30 | J | | |
| 348. - Mashpee MA Municipal Bond (new) | | | | | Receipt | 04/30 | J | | |
| 349. - MA GO Rfdg Bds Municipal Bonds (new) | | | | | Receipt | 04/30 | M | | |
| 350. - MA St Spl Oblig Municipal Bond (new) | | - | | | Receipt | 04/30 | K | | |
| 351. - MA St Wtr Pollutn Municipal Bond (new) | | | | | Receipt | 04/30 | L | | |
| 352. - Weston MA GO Municipal Bond (new) | | | | | Receipt | 04/30 | J | | |
| 353. - MA St Port Auth Municipal Bond (new) | | | | | Receipt | 04/30 | K | | |
| 354. - CTS MA Muni Money Market cash equivalent (new) | | | | | Receipt | 04/30 | J | | |
| 355. - MA Cons Ln GO Municipal Bond (new) | | | | | Receipt | 04/30 | M | | |
| 356. | | | | | Partl Call | 10/01 | K | | |
| 357. - Westford MA Municipal Bond (new) | | | | | Receipt | 04/30 | K | | |
| 358. - Orleans MA GO Municipal Bond (new) | | | | | Receipt | 04/30 | J | | |
| 359. - Northampton MA Municipal Bond (new) | | | | | Receipt | 04/30 | K | | |
| 360. - Stoneham MA Municipal Bond (new) | | | | | Buy | 09/09 | L | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 361. Trust #15 (new) | E | Interest | O | T | | | | | |
| 362. - Realty Assoc Fund II Trust (new) | | | | | Receipt | 04/30 | M | | |
| 363. | | | | | Liq Distrib | 05/16 | M | | |
| 364. | | | | | Final Distri | 10/10 | L | | |
| 365. - MA Bay Trans Auth Municipal Bond (new) | | | | | Receipt | 04/30 | J | | |
| 366. - MA St Hsg Fin Agy Municipal Bond (new) | | | | | Receipt | 04/30 | J | | |
| 367. - Mashpee MA Municipal Bond (new) | | | | | Receipt | 04/30 | K | | |
| 368. - MA GO Rfdg Bds Municipal Bond (new) | | | | | Receipt | 04/30 | M | | |
| 369. - MA St Spl Oblig Municipal Bond (new) | | | | | Receipt | 04/30 | K | | |
| 370. - MA St Wtr Pollutn Municipal Bond (new) | | | | | Receipt | 04/30 | L | | |
| 371. - Weston MA GO Municipal Bond (new) | | | | | Receipt | 04/30 | J | | |
| 372. - MA St Port Auth Municipal Bond (new) | | | | | Receipt | 04/30 | K | | |
| 373. - CTS MA Muni money market cash equivalent (new) | | | | | Receiept | 04/30 | J | | |
| 374. - MA St Cons Ln GO Municipal Bond (new) | | | | | Receipt | 04/30 | M | | |
| 375. | | | | | Partl Call | 10/01 | K | | |
| 376. - Westford MA Municipal Bond (new) | | | | | Receipt | 04/30 | K | | |
| 377. - Orleans MA Municipal Bond (new) | | | | | Receipt | 04/30 | J | | |
| 378. - Northampton MA Municipal Bond (new) | | | | | Receiept | 04/30 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SARIS, PATTI B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 379. - Stoneham MA Municipal Bond (new) | | | | | Buy | 09/09 | K | | |
| 380. Trust # 16 (new) | E | Interest | O | T | | | | | |
| 381. - Realty Assoc Fund II Trust (new) | | | | | Reciept | 04/30 | M | | |
| 382. | | | | | Liq Distrib | 05/16 | M | | |
| 383. | | | | | Final Distri | 10/10 | L | | |
| 384. - MA Bay Trans Auth Municipal Bond (new) | | | | | Receipt | 04/30 | J | | |
| 385. - MA St Hsg Fin Agy Municipal Bond (new) | | | | | Receipt | 04/30 | J | | |
| 386. - Mashpee MA Municipal Bond (new) | | - | | | Receipt | 04/30 | J | | |
| 387. - MA GO Rfdg Bds Municipal Bond (new) | | | | | Receipt | 04/30 | M | | |
| 388. - MA St Spl Oblig Municipal Bond (new) | | | | | Receipt | 04/30 | K | | |
| 389. - MA St Wtr Pollutn Municipal Bonds (new) | | | | | Receipt | 04/30 | L | | |
| 390. - Weston MA Municipal Bond (new) | | | | | Receipt | 04/30 | J | | |
| 391. - MA St Port Auth Municipal Bond (new) | | | | | Receipt | 04/30 | K | | |
| 392. - CTS MA Muni MM cash equivalent (new) | | | | | Receipt | 04/30 | J | | |
| 393. - MA Cons Ln GO Municipal Bond (new) | | | | | Receipt | 04/30 | M | | |
| 394. | | | | | Partl Call | 10/01 | K | | |
| 395. - Westford MA Municipal Bond (new) | | | | | Receipt | 04/30 | K | | |
| 396. - Orleans MA Municipal Bond (new) | | | | | Receipt | 04/30 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SARIS, PATTI B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 397. - Northampton MA Municipal Bond (new) | | | | | Receipt | 04/30 | K | | |
| 398. - Stoneham MA Municipal Bond (new) | | | | | Buy | 09/09 | K | | |
| 399. Trust # 17 (new) | E | Interest | O | T | | | | | |
| 400. - Realty Assoc Fund II Trust (new) | | | | | Receipt | 04/30 | M | | |
| 401. | | | | | Liq Distrib | 05/16 | M | | |
| 402. | | | | | Final Distri | 10/10 | L | | |
| 403. - MA Bay Trans Auth Municipal Bond (new) | | | | | Receipt | 04/30 | J | | |
| 404. - MA St Hsg Fin Agy Municipal Bond (new) | | - | | | Receipt | 04/30 | K | | |
| 405. - Mashpee MA Municipal Bond (new) | | | | | Receipt | 04/30 | J | | |
| 406. - MA GO Rfdg ds Municipal Bonds (new) | | | | | Receipt | 04/30 | M | | |
| 407. - MA Spl Oblig Municipal Bond (new) | | | | | Receipt | 04/30 | K | | |
| 408. - MA St Wtr Pollutn Municipal Bond (new) | | | | | Receipt | 04/30 | L | | |
| 409. - Weston MA Municipal Bond (new) | | | | | Receipt | 04/30 | J | | |
| 410. - MA St Port Auth Municipal Bond (new) | | | | | Receipt | 04/30 | K | | |
| 411. - CTS MA Muni MM cash equivalent (new) | | | | | Receipt | 04/30 | J | | |
| 412. - MA St Cons Ln GO Municipal Bond (new) | | | | | Receipt | 04/30 | M | | |
| 413. | | | | | Partl Call | 10/01 | K | | |
| 414. - Westford MA Municipal Bond (new) | | | | | Receipt | 04/30 | K | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2.501-$5.000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100.001-$1,000,000  H1 = $1.000,001-$5.000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50.001-$100.000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500.000  O = $500,001-$1,000,000  P1 = $1.000.001-$5.000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000.001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SARIS, PATTI B | 5/13/2004 |

## VII INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 415. - Orleans MA Municipal Bond (new) | | | | | Receipt | 04/30 | J | | |
| 416. - Northampton MA Municipal Bond (new) | | | | | Receipt | 04/30 | K | | |
| 417. - Stoneham MA Municipal Bond (new) | | | | | Buy | 09/09 | K | | |
| 418. Park St Capital V LP (new) | | None | J | W | Cap Contrib | 12/29 | J | | |
| 419. Triad Hospitals Inc common stock (new) | | | | | Buy | 07/18 | J | | |
| 420. | | | | | Sell All | 08/12 | J | J | |
| 421. American Technology Corp common stock (x) | | | J | T | Buy | 08/14 | J | | |
| 422. | | - | | | Buy | 08/18 | J | | |
| 423. | | | | | Sell | 09/11 | J | J | |
| 424. | | | | | Buy | 09/22 | J | | |
| 425. | | | | | Sell | 09/23 | J | | |
| 426. | | | | | Buy | 11/03 | J | | |
| 427. | | | | | Sell | 11/14 | J | J | |
| 428. | | | | | Buy | 11/14 | J | | |
| 429. | | | | | Sell | 11/14 | J | | |
| 430. | | | | | Sell | 11/17 | J | | |
| 431. | | | | | Buy | 11/17 | J | | |
| 432. | | | | | Sell | 11/25 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 433. | | | | | Sold | 12/01 | J | | |
| 434. | | | | | Buy | 12/05 | J | | |
| 435. Chelmsford MA GO Municipal Bond (new) | A | Interest | | | Buy | 09/09 | M | | |
| 436. | | | | | Sell All | 09/12 | M | | |
| 437. North Middlesex MA Regl Sch Dist Municipal Bond (new) | | None | L | T | Buy | 12/19 | L | | |
| 438. Plainville MA Municipal Bond (new) | D | Interest | | | Buy | 06/04 | M | | |
| 439. | | | | | Sell All | 09/24 | M | | |
| 440. Abrams Capital Partners II LP (new) | | None | P1 | W | Cap Contrib | 07/01 | P1 | | |
| 441. Buenos Aires Residential Co LLC (new) | | None | N | W | Cap Contrib | 03/21 | L | | |
| 442. | | | | | Cap Contrib | 06/08 | L | | |
| 443. | | | | | Cap Contrib | 12/30 | L | | |
| 444. Chilton QP Inv Partners LP (new) | | None | P1 | W | Cap Contrib | 09/30 | P1 | | |
| 445. GMO Emerging Markets Fd Cl III mtual fund (new) | E | Dividend | P1 | T | Buy | 10/17 | P1 | | |
| 446. | | | | | Sell | 10/17 | O | | |
| 447. | | | | | Buy | 12/18 | O | | |
| 448. Kensico Associates LP (new) | | None | P1 | W | Cap Contrib | 03/29 | P1 | | |
| 449. Netscreen Technologies Inc common stock (new) | | None | J | T | LP Distrib | 12/12 | J | | |
| 450. Novem lp (new) | | None | P1 | W | Cap Contrib | 09/30 | P1 | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 451. Plymouth Rock Co Inc OC Cl A - common stock (new) | | None | O | T | Buy | 05/06 | O | | |
| 452. Tremblant Partners LP (new) | | None | P1 | W | Cap Contrib | 09/30 | O | | |
| 453. Seix High Yield Fd Cl I mutual fund (new) | G | Dividend | | | Buy | 03/27 | P1 | | |
| 454. | | | | | Sell All | 12/18 | P1 | M | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SARIS, PATTI B | 5/13/2004 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part I. Positions –
Judge Saris accepted a position on the Board of Trustees of Boston Medical Center, MA. After attending her first meeting J. Saris resigned the position on June 17, 2003.

Part VII. Investments and Trusts –
The items listed below were reported on calendar year 2002 Financial Disclosure Report and have been excluded for calendar year 2003. These items do not meet the aggregate income, or aggregate value levels outlined in the Financial Disclosure Report, Filing Instructions for Judicial Officers and Employees (said instructions referencing Sections 102(a)(3) and 102(a)(1)(B)).

2002 FDR
Part VII, Item #        Description of Asset

3       Tucker Anthony Freedom Acct (IRA, 401(k)) - money market - closed in 2002
41      Bartwood LLC
47      Federal Home Loan Bonds (401(k))
48      Federal National Mtg Corp Bonds (401(k))
49      ACME Paging (401(k))
51      TA Realty - Maunulife Financial (401(k))
91, 111, 124, 138, 149      Tucker Anthony-Freedom T/E money market fund - closed in 2002
127      Microsoft Corp common stock - sold all in 2002
152, 156      Metlife Inc., common stock - sold all in 2002
222      Arizona St Trans Brd Hwy Rev Municipal Bonds - sold all in 2002
230      Puerto Rico Comwlth Tax & Rev U S Territories Bonds - sold all in 2002
242      Minneapolis Minn Convention Ctr Municipal Bonds - sold all in 2002

For your reference, please be advised that Trusts #14, 15, 16, & 17 each represent 25% of Trust #1. Trust #1 distributed to the 4 new trusts on April 30, 2003 under the terms of the trust document.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date___5 | 13 | 0 4___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544